THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALLAS SIMON, Appellant.

Submitted January 26, 2004; decided February 12, 2004

Motion for an extension of time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed upon the ground that no application for leave to appeal pursuant to CPL 460.20 will lie from an order of a single Justice of the Appellate Division denying leave to appeal to that Court pursuant to CPL 460.15.

BERTHA WILLIAMS et al., Appellants, v CITY OF NEW YORK, Respondent, et al., Defendants.

Submitted February 9, 2004; decided February 12, 2004

Motion by Detectives' Endowment Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.